UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY SKIPWORTH, on behalf of Himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS DISABILITY, LLC a/k/a CITIZENS DISABILITY,<br><br>Defendant. | Case No.: 5:18-cv-00786<br><br>IT IS SO ORDERED:<br><br>_____<br>David N. Hurd<br>United States District Judge<br><br>Dated: September 25, 2018<br>           Utica, NY |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, RODNEY SKIPWORTH, and defendant, CITIZENS DISABILITY LLC a/k/a CITIZENS DISABILITY, by and through their respective attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety with prejudice as to Rodney Skipworth's individual claims against Citizens Disability LLC, and without prejudice as to the claims of the putative class members.

**IT IS SO STIPULATED.**

Dated: September 21, 2018                                 BURSOR & FISHER, P.A.

                                                                              By:   /s/ *Philip L. Fraietta*
                                                                                      Philip L. Fraietta
                                                                                      *Attorneys for Plaintiff*


Dated: September 21, 2018                                 KLEIN MOYNIHAN TURCO LLP

                                                                              By:   /s/ *Neil E. Asnen*
                                                                                      Neil E. Asnen
                                                                                      *Attorneys for Defendant*

{00131363;1}